UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                                :

JOSE FERNANDO ROLDAN,                      :

                      Plaintiff,      :

                                          :        24 Civ. 2145 (LGS)

                -against-                    :

                                          :        <u>ORDER</u>

COMMISSIONER OF SOCIAL SECURITY,  :

                    Defendant.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an Order dated March 25, 2024, directed the parties two weeks from the date of the Order to file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form if they consent to proceed before the Magistrate Judge or to file a status letter advising the Court that the parties do not consent to proceed before the Magistrate Judge.

       WHEREAS, neither a consent form nor a status letter was timely filed. It is hereby

       **ORDERED** that the parties shall file the appropriate document as soon as possible and no later than **April 12, 2024.**

Dated:  April 9, 2024
           New York, New York

                                                  LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE